# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARICELA DeBOISSIERE, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 09 CV 2316 (JS/AKT) ) |
| v. | ) ) ECF Case |
| AMERICAN MODIFICATION AGENCY, AMERIMOD, INC., SALVATORE PANE, Jr., | ) ) ) ) |
| Defendants. | ) |

## VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A).

Plaintiff voluntarily dismisses the above action pursuant to Rule 41(a)(1)(A) as Defendants have not filed an answer or a motion for summary judgment in this case.

Dated: October 20, 2011                                    Respectfully submitted,

/s/ Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
500 Fifth Avenue, Suite 1610
New York, NY  10110
(212) 354-6270
(212) 898-9086 fax

SO AGREED:


/s/_____
Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 5th Avenue, Suite 1610.
New York, New York 10110
Phone:  212-354-6270
Facsimile:  212-898-9086

ATTORNEYS FOR PLAINTIFFS



/s/_____
James Vagnini
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530

ATTORNEYS FOR DEFENDANTS